U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**
**JANUARY 30, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of
PHILIP E. LANE, M.D.,
  PLAINTIFF,
VS.
GREAT LAKES ANESTHESIA, P.C., ET AL.,
  DEFENDANTS.

Case Number:

PH **08 C 652**

JUDGE DARRAH
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PHILIP E. LANE, M.D.

| | |
|---|---|
| NAME (Type or print) | |
| MARK D. OLSON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ MARK D. OLSON | |
| FIRM | |
| STITT, KLEIN, DADAY, ARETOS & GIAMPIETRO, LLC | |
| STREET ADDRESS | |
| 121 S. WILKE, SUITE 500 | |
| CITY/STATE/ZIP | |
| ARLINGTON HEIGHTS, IL 60005 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 2106841 | 847-590-8700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |