## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 652 | **DATE** | 2/5/08 |
| **CASE TITLE** | Lane v. Great Lakes Anesthesia, P.C., et al. | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 4/1/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|