IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP E. LANE, M.D. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GREAT LAKES ANESTHESIA, P.C., an Indiana Professional Corporation; UNIVERSITY ANESTHESIOLOGISTS, S.C., an Illinois Professional Corporation; and CHICAGO ANESTHESIA ASSOCIATES, an Illinois Professional Corporation | ) ) ) ) ) ) ) ) ) | NO:   08 C 652<br><br>Judge John W. Darragh<br><br>Magistrate Judge Brown |
| Defendants. | ) | |

**MOTION**

Plaintiff, Philip E. Lane, M.D. ("Plaintiff") by his attorneys Stitt Klein Daday Aretos & Gimapietro, P.C., pursuant to Rule 21 of the Federal Rules of Civil Procedure, files it Motion to Dismiss Defendant University Anesthesiologists, S.C. ("UA") and Defendant Chicago Anesthesia Associates, ("CAA") both Illinois professional corporations.

1.  As UA and CAA are both domiciled in Illinois, diversity of citizenship is lacking and there are no other grounds pleaded in Plaintiff's Complaint that would confer jurisdiction on this Court.

**WHEREFORE** Plaintiff respectfully requests that this Court enter its order

dismissing both UA and CAA as parties defendant in this cause.

**DATED**:	March 13, 2008

'

                                        Respectfully Submitted,

                                        S/Mark D. Olson
                                        Mark D. Olson
                                        One of Plaintiff's Attorneys


Mark D. Olson
Stitt Klein Daday Aretos & Giampietro, PC
#500 – 121 S. Wilke Road
Arlington Heights, IL 60005
(847) 590-8700