UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Philip E Lane
                Plaintiff,

v.                              Case No.: 1:08−cv−00652
                               Honorable John W. Darrah

Great Lakes Anesthesia P.C., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable John W. Darrah:Plaintiff having failed to appear for the 4/1/08 status hearing, a subsequent status hearing is set for 4/15/08 at 9:00 a.m. Plaintiff's failure to appear will result in dismissal of this case for want of prosecution. Plaintiff's motion to dismiss [6] is entered and continued to 4/15/08 at 9:00 a.m. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.