Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 652 | **DATE** | 4/15/2008 |
| **CASE TITLE** | Lane vs. Great Lakes Anesthesia | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to dismiss University Anesthesiologists and Chicago Anesthesia Associates is granted [6].

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|