## *United States District Court for the Northern District of Illinois*

Case Number: 08CV652                    Assigned/Issued By: DAJ

Judge Name:                             Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00     ☐ $39.00      ☐ $5.00

                ☐ IFP         ☐ No Fee      ☐ Other _____

                ☐ $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                ☑ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

__1__ Original and __1__ copies on _05/13/08_ as to GREAT LAKES ANESTHESIA
                                    (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05