IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILIP E. LANE, M.D., an individual, | )<br>) |
| Plaintiff, | )<br>) |
| | ) Case No.: 08-C-652 |
| v. | )<br>) |
| | ) Judge Darrah |
| GREAT LAKES ANESTHESIA, P.C., | ) Magistrate Judge Brown |
| An Indiana Professional Corporation; | ) |
| UNIVERSITY ANESTHESIOLOGISTS, | ) |
| S.C., an Illinois Professional Corporation; | ) |
| and CHICAGO ANESTHESIA | ) |
| ASSOCIATES, an Illinois Professional | ) |
| Corporation, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   Mark D. Olson
      Stitt, Klein, Daday, Aretos & Giampietro, LLC
      121 South Wilke
      Suite 500
      Arlington Heights, Illinois 60005
      (847) 590-8700
      Email: olsonmd950@msn.com

Please take notice that on **June 10, 2008 at 9:00 a.m.** the undersigned shall appear before Judge Darrah or such other Judge as may be sitting in his place and stead, in the Courtroom usually occupied by him in **Room 1203** of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present **GREAT LAKES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached and hereby served upon you.

Dated: June 3, 2008                    Respectfully Submitted,

                                       GREAT LAKES ANESTHESIA, P.C.

                                       By: s/ Jeffrey P. Swatzell
                                           One of Its Attorneys

CH1 11493180.1

J. Scott Humphrey
Jeffrey P. Swatzell
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

Joseph L. Amaral (*Pro Hac Vice* Motion being submitted)
HAMMERSCHMIDT, AMARAL AND JONAS
137 North Michigan Street
South Bend, Indiana 46601
(574) 282-1231

CH1 11493180.1

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on June 3, 2008, a copy of the foregoing **Notice of Unopposed Motion for an Extension of Time to Answer or Otherwise Plead** was served on the following by the Court's Electronic Filing System:

>Mark D. Olson
>Stitt, Klein, Daday, Aretos & Giampietro, LLC
>121 South Wilke
>Suite 500
>Arlington Heights, Illinois 60005
>(847) 590-8700
>Email: olsonmd950@msn.com

>_____s/ Jeffrey P. Swatzell_____
>Jeffrey P. Swatzell

CH1 11493180.1