# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>PHILIP E. LANE, M.D.<br><br>V.<br><br>GREAT LAKES ANESTHESIA, P.C.; UNIVERSITY ANESTHESIOLOGISTS, S.C., and CHICAGO ANESTHESIA ASSOCIATES | Case Number:<br>08-cv-00652 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GREAT LAKES ANESTHESIA, P.C.

| | |
|---|---|
| NAME (Type or print)<br>J. Scott Humphrey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ J. Scott Humphrey | |
| FIRM<br>SEYFARTH SHAW LLP | |
| STREET ADDRESS<br>131 S. Dearborn Street, Suite 2400 | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6239169 | TELEPHONE NUMBER<br>312/460-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |

American LegalNet, Inc.
www.USCourtForms.com

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com