# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 652 | **DATE** | 6/4/08 |
| **CASE TITLE** | Lane v. Great Lakes Anesthesia P.C. et al | | |

**DOCKET ENTRY TEXT:**

Defendant's motion for extension of time [11, 12] is granted. Defendant has until 7/18/08 to answer or otherwise plead. Status hearing set for 8/20/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|