**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Philip E Lane
                                  Plaintiff,

v.                                                                          Case No.: 1:08−cv−00652
                                                                         Honorable John W. Darrah

Great Lakes Anesthesia P.C., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable John W. Darrah: Status hearing held. Plaintiff failed to appear. If plaintiff fails to appear for the status hearing set for 9/10/08 at 9:00 a.m., this case will be dismissed for want of prosecution. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.